# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **CHRISTINE A. BOGGS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15CV00009 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANNETTE'S DARI BARN, INC., ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing proper, the magistrate judge's Report and Recommendation having been accepted, it is ORDERED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk shall close the case.

ENTER: July 14, 2015

/s/ James P. Jones
United States District Judge